JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric Hinkle, | Case No. **CV 09-9546-JFW (AJWx)** |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| Southwest Airlines, et al., | |
| Defendants. | |

    THE COURT has been advised by counsel that this action has been settled, or is in the process of being settled.

    IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within 20 days, to re-open the action if settlement is not consummated. During this 20 day period, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

/ / /

/ / /

(Rev. 2/15/08)

1  In the event a motion or *ex parte* application to re-open
2  is not filed within 20 days, the dismissal of this action
3  will be with prejudice.

Dated: September 14, 2010

```
                                    _____
                                           JOHN F. WALTER
                                    United States District Judge
```

(Rev. 2/15/08)                              2